## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL COMPLAINT** |
| | : | |
| v. | : | Honorable José R. Almonte |
| | : | |
| AMIR JOHNSON, a/k/a | : | Mag. No. 23-16247 |
| "Devin Hunter" | : | |

I, John Sousa, the undersigned complainant being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Task Force Officer with the Federal Bureau of Investigation and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

continued on the attached pages and made a part hereof.

s/  JOHN SOUSA

John Sousa, Task Force Officer
Federal Bureau of Investigation

Task Force Officer Sousa attested
to this Affidavit by telephone
pursuant to F.R.C.P. 4.1(b)(2)(A)
on August 31, 2023.

HONORABLE JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

## COUNT ONE
(Possession of a Firearm and Ammunition by a Convicted Felon)

On or about August 31, 2023, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**AMIR JOHNSON,**
**a/k/a "Devin Hunter,"**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of New Jersey, Essex County, did knowingly possess, in and affecting commerce, a firearm and ammunition—namely, one .38 caliber handgun, bearing serial number B84872, and eight (8) rounds of .38 caliber ammunition, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
(Possession With Intent to Distribute Controlled Substances)

On or about August 31, 2023, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**AMIR JOHNSON,**
**a/k/a "Devin Hunter,"**

did knowingly and intentionally possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**ATTACHMENT B**

       I, John Sousa, am a Task Force Officer with the Federal Bureau of Investigation ("FBI").  I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, recorded communications, and photographs of the evidence.  Where statements of others are related herein, they are related in substance and part.  Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation.  Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

       1.     On or about August 31, 2023, law enforcement executed a court-authorized search warrant at the residence of Amir Johnson, a/k/a "Devin Hunter" ("HUNTER") in East Newark, New Jersey ("HUNTER's residence").  During a search of HUNTER's residence, law enforcement recovered the following items, in pertinent part: one .38 caliber handgun bearing serial number B84872 (the "Firearm"), that was loaded with eight (8) rounds of .38 millimeter ammunition (the "Ammunition"); approximately 50 bricks[1] of a suspected mixture of heroin and fentanyl; various loose pills; other drug paraphernalia; and approximately $852 in cash.  HUNTER stated to law enforcement, in substance and in part, that the Firearm and the recovered narcotics belong to him.

       2.     The Firearm and Ammunition were manufactured outside of the State of New Jersey, and thus traveled in interstate commerce prior to HUNTER's possession of the Firearm and Ammunition in New Jersey on or about August 31, 2023.

       3.     On or about February 19, 2013, HUNTER was convicted of the following crime in the Superior Court of New Jersey, Essex County: Unlawful Possession of a Handgun, a second-degree crime, in violation of N.J.S.A. 2C:39-5B, for which HUNTER was subsequently sentenced to five years' imprisonment.

---

[1] A "brick" is a term used to refer to fifty doses of heroin.